1 | **Michael F. Babitzke - SBN 50048**
Michael F. Babitzke, Inc.
2 | 6 South El Dorado Street, Suite 305
Stockton, California 95202
3 | Telephone: (209) 465-5722
Facsimile: (209) 465-0714
4 |
**Jeffrey A. Silvia - SBN 121065**
5 | Law Offices of Jeffrey A. Silvia
3439 Brookside Road, Suite 205
6 | Stockton, CA 95219
Telephone: (209) 952-9396
7 | Facsimile: (209) 952-9399

8 | Attorneys for Plaintiffs,
JAMES ALBERT WELLS and JUDY WELLS
9 |

10 | UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
11 | FRESNO DIVISION

12 |

13 | JAMES ALBERT WELLS and JUDY WELLS     CASE NO.   1:08-CV-01146-OWW-GSA

14 |              Plaintiffs,

15 | vs.
                                          **ORDER**
16 | COUNTY OF STANISLAUS, DEPUTY
FRANK ALVES, DEPUTY J. WALSH
17 | CITY OF WATERFORD, SHERIFF
DEPUTY JOSHUA HOUTCHENS, PUBLIC
18 | WORKS EMPLOYEE STEVE GREEN;
MATTHEW ERICKSON PUBLIC WORKS
19 | DIRECTOR FOR CITY OF WATERFORD;
CHARLES DESCHENES CITY
20 | ADMINISTRATOR FOR CITY OF
WATERFORD; SHERIFF ADAM
21 | CHRISTIANSON; TASER
INTERNATIONAL; ROB JACKSON CHIEF
22 | OF POLICE SERVICES; and DOES 1
through 25, inclusive,
23 |
              Defendants.
24 | _____/

25 |          IT IS HEREBY ORDERED THAT:

26 |     Pursuant to the Stipulation RE: Dismissal between plaintiffs James Albert Wells

27 |

28 |                                 1

1   and Judy Wells and defendant Taser International, Inc. All causes of action against

2   defendant Taser International, Inc. Are dismissed with prejudice.  Furthermore, plaintiffs

3   James Albert Wells and Judy Wells and defendant Taser International, Inc. mutually

4   waive all costs, court fees and attorneys fees arising out of this litigation involving these

5   parties.

6

7   DATED: February 18, 2009                    /s/ OLIVER W. WANGER

8                                               Judge of the United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28