John Burton, State Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
414 South Marengo Avenue
Pasadena, California 91101

Telephone: (626) 449-8300
Facsimile: (626) 449-4417
E-Mail: jb@johnburtonlaw.com

Peter M. Williamson, State Bar No. 97309
WILLIAMSON & KRAUSS
21800 Oxnard Street, Suite 305
Woodland Hills, CA 91367
Telephone: (818) 226-5700
Facsimile: (818) 226-5704
E-Mail: pmw@williamson-krauss.com

Attorneys for Plaintiffs James Albert Wells and Judy Wells, and as the personal representatives of James Wells, deceased

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALBERT WELLS AND JUDY WELLS,<br><br>  Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>  Defendants. | Case No. 1:08-cv-1146 OWW GSA<br><br>**STIPULATION TO DISMISS DEFENDANTS THE CITY OF WATERFORD, ROB JACKSON AND CHARLES DESCHENES; ORDER**<br><br>**Fed. R. Civ. P. 41(a)(1)(ii)** |

TO THE HONORABLE COURT:

**IT IS HEREBY STIPULATED** by and between the parties to the above entitled action, by and through their respective attorneys of record, as follows:

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), the parties stipulate that this action shall be dismissed with prejudice as to Defendants City of Waterford, Rob

PDF created with pdfFactory trial version www.pdffactory.com

1  Jackson and Charles Deschenes, <u>only</u>.
2        Each side shall bear its own costs.
3        **IT IS SO STIPULATED.**
4  DATED: September 10, 2009          LAW OFFICES OF DAN FARRAR

7                                     By:   /s/ DAN FARRAR
                                            DAN FARRAR
8                                           Attorney for Defendants

10 DATED: September 10, 2009          LAW OFFICES OF JOHN BURTON

13                                    By:   /s/ JOHN BURTON
                                            JOHN BURTON
14                                          Attorney for Plaintiffs
                                            James & Judy Wells

17 DATED: September 10, 2009          WILLIAMSON & KRAUSS

20                                    By:  /s/ PETER M. WILLIAMSON
21                                          PETER M. WILLIAMSON
                                            Attorney for Plaintiffs
22                                          James & Judy Wells

**Stipulation re: Dismissal of Parties & [Proposed] Order**
E.D. Cal. Case No. 1:08-CV-O1 l46-OWW-GSA
- 2 -

PDF created with pdfFactory trial version www.pdffactory.com

1 **<u>ORDER</u>**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED AS FOLLOWS:

3 Defendants City of Waterford, Rob Jackson and Charles Deschenes, <u>only</u>, are
4 dismissed from the instant action with prejudice.

5
6
7 **IT IS SO ORDERED.**

8 DATED: September <u>11</u>, 2009

9
10                                    /s/ OLIVER W. WANGER
                                      UNITED STATES DISTRICT JUDGE

**Stipulation re: Dismissal of Parties & [Proposed] Order**
E.D. Cal. Case No. 1:08-CV-O1 l46-OWW-GSA
- 3 -
PDF created with pdfFactory trial version www.pdffactory.com