**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF STANISLAUS, DEPUTY FRANK ALVES, DEPUTY J. WALSH, SHERIFF DEPUTY JOSHUA HOUTCHENS, PUBLIC WORKS EMPLOYEE STEVE GREEN, MATTHEW ERIKSON PUBLIC WORKS DIRECTOR FOR THE CITY OF WATERFORD, SHERIFF ADAM CHRISTIANSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALBERT WELLS and JUDY C. WELLS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS; DEPUTY FRANK ALVES; DEPUTY J. WALSH; CITY OF WATERFORD; SHERIFF DEPUTY JOSHUA HOUTCHENS; PUBLIC WORKS EMPLOYEE STEVE GREEN; MATTHEW ERICKSON PUBLIC WORKS DIRECTOR FOR THE CITY OF WATERFORD; SHERIFF ADAM CHRISTIANSON TASER INTERNATIONAL; ROB JACKSON CHIEF OF POLICE SERVICES; and Does 1 through 25, inclusive.<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:08-CV-01146-OWW-GSA<br><br>**[Judge Oliver W. Wanger, United States District Judge]**<br><br>**STIPULATION AND ORDER MODIFYING PRE-TRIAL SCHEDULING ORDER** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs James Albert Wells and Judy Wells, and Defendants County of Stanislaus, Deputy Frank Alves, Deputy J. Walsh, Sheriff Deputy Joshua Houtchens, Public Works Employee Steve Green, Matthew Erikson Public Works Director for the City of Waterford, and Sheriff Adam Christianson, by through their undersigned Counsel, pursuant to USDC EDCA Local Rules 83-143 and 6-144 (d) as follows:

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1

**STIPULATION AND ORDER MODIFYING PRE-TRIAL SCHEDULING ORDER**
00749612.WPD

1.     The parties respectfully request that the District Court modify the Pre Trial Scheduling Order based on good cause appearing therefor as more fully set forth below:

2.     This action arises out of alleged violations of Federal Civil Rights and State Law Claims against defendant County of Stanislaus, Sheriff Christianson, Deputy Sheriffs Alves, Houtchens and Walsh ("County") as well as City of Waterford Public Works employees Erickson and Green ("City") in connection with the death of Plaintiffs' son, James Wells.

3.     Following the filing and service of the complaint in this case, the County and City defendants retained counsel Dan Farrar to represent them. At some point in late November and mid-December, 2009, the County and City defendants determined that they would retain Terrence J. Cassidy of Porter Scott to represent them in place of Mr. Farrar in the defense of this case. Counsel commenced coordinating the obtaining of all of the file materials as well as the preparation and filing of a Substitution of Attorneys. Due to the unavailability of Counsel and the parties over the course of the holidays, the Substitution of Attorneys is being filed concurrently with this Stipulation. Newly substituted defense counsel, Terrence J. Cassidy, has received all of the file materials from Mr. Farrar's office, which consist of in excess of 1000 pages, and has heretofore commenced review of those materials. To date, no depositions have been completed in this case.

4.     During the process of Mr. Cassidy being substituted into this case, Counsel for Plaintiffs noticed numerous Depositions and served a Request for Production of Documents. Defense Counsel will need sufficient time to familiarize himself with this case a to provide responses to the Request for Production of Documents, as well as to reschedule the Depositions of the various parties and witnesses to mutually agreed upon dates and times.

5.     Based on newly substituted defense Counsel's initial review of the file materials, defense counsel has determined that the following additional discovery and investigation will be necessary in order to properly defend this case: Written discovery to Plaintiffs including Interrogatories and Request for Production of Documents; depositions of Plaintiffs James and Judy Wells, depositions of a number of Bystander Witnesses;

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2
**STIPULATION AND ORDER MODIFYING PRE-TRIAL SCHEDULING ORDER**
00749612.WPD

1  depositions of emergency response personnel and the Pathologist who conducted the autopsy;
2  retention of various Expert Consultants/Witnesses, and assuming they are disclosed to testify,
3  the preparation of expert reports.

4      6.     Presently, non-expert discovery is scheduled to be completed on March 31,
5  2010, Expert Disclosures with reports are due to be served February 28, 2010, Expert
6  Discovery cut off is April 30, 2010, Last day to File Dispositive Motions is May 31, 2010
7  with hearing date of July 12, 2010, Final Pre Trial Conference is August 16, 2010, the Trial
8  is presently scheduled to commence on September 14, 2010.

9      7.     Based on the need for additional time to conduct Discovery and retain/disclose
10 Expert Witnesses, Counsel for Defendants contacted Counsel for Plaintiffs, Peter
11 Williamson, and requested that Plaintiffs stipulate to extend the deadlines and trial date in
12 this case approximately four months.  Newly substituted Counsel for Defendants believes
13 in good faith that the remaining Discovery and Expert Witness work up can be completed
14 with that additional amount of time so as to not unduly delay further proceedings in this case.
15 There has been one previous modification to the Pre-Trial Scheduling Order based on a
16 newly substituted Counsel for Plaintiffs which was granted on September 14, 2009.

17     8.     Therefore, the parties respectfully submit that good cause exists and request
18 modification of the Pre-Trial Scheduling Order as follows:

| | |
|---|---|
| Last Day to Complete Non-Expert Discovery | July 2, 2010 |
| Last Day to Serve Expert Disclosures | July 16, 2010 |
| Last Day to Serve Rebuttal Expert Disclosures | August 13, 2010 |
| Last Day to Complete Expert Discovery | September 17, 2010 |
| Last Day to File Dispositive Motions | October 15, 2010 |
| Last Day for Hearing Dispositive Motions | November 15, 2010 |
| Final Pre-Trial Conference | December 20, 2010 |
| Trial | January 25, 2011 |

27 ///
28 ///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

3
**STIPULATION AND ORDER MODIFYING PRE-TRIAL SCHEDULING ORDER**
00749612.WPD

IT IS FURTHER AGREED that all other provisions of the Pre-Trial Scheduling Order of November 20, 2008 remain in effect. This Stipulation may be signed in counterparts and that any facsimile or electronic signature shall be as valid as an original signature.

IT IS SO STIPULATED.

DATED: January 11, 2010   WILLIAMSON & KRAUSS

By   /S/ Peter M. Williamson

Peter M. Williamson
Attorney for Plaintiffs
JAMES ALBERT WELLS and
JUDY WELLS

DATED : January 11, 2010   PORTER SCOTT
A PROFESSIONAL CORPORATION

By   /S/ Terence J. Cassidy

Terence J. Cassidy
Attorneys for Defendants
COUNTY OF STANISLAUS, DEPUTY FRANK ALVES, DEPUTY J. WALSH, SHERIFF DEPUTY JOSHUA HOUTCHENS, PUBLIC WORKS EMPLOYEE STEVE GREEN, MATTHEW ERIKSON PUBLIC WORKS DIRECTOR FOR THE CITY OF WATERFORD, SHERIFF ADAM CHRISTIANSON

## **ORDER**

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Pre-Trial Scheduling Order be modified with the new schedule as set forth above.

NO FURTHER CONTINUANCES

IT IS SO ORDERED.

**Dated:   January 12, 2010**          /s/ Oliver W. Wanger

4

**STIPULATION AND ORDER MODIFYING PRE-TRIAL SCHEDULING ORDER**

00749612.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1  UNITED STATES DISTRICT JUDGE

5

**STIPULATION AND ORDER MODIFYING PRE-TRIAL SCHEDULING ORDER**

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

00749612.WPD