John Burton, State Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
414 South Marengo Avenue
Pasadena, California  91101

Telephone:   (626) 449-8300
Facsimile:   (626) 449-4417
E-Mail:      jb@johnburtonlaw.com

Peter M. Williamson, State Bar No. 97309
WILLIAMSON & KRAUSS
21800 Oxnard Street, Suite 305
Woodland Hills, CA 91367
Telephone:   (818) 226-5700
Facsimile:   (818) 226-5704
E-Mail:      pmw@williamson-krauss.com

Attorneys for Plaintiffs James Albert Wells and
Judy Wells, and as the personal representatives
of James Wells, deceased

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALBERT WELLS AND JUDY WELLS,<br><br>   Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>   Defendants. | Case No. 1:08-cv-1146 OWW GSA<br><br>**STIPULATION TO DISMISS DEFENDANT MATTHEW ERICKSON; ORDER**<br><br>Fed. R. Civ. P. 41(a)(1)(ii) |

TO THE HONORABLE COURT:

**IT IS HEREBY STIPULATED** by and between the parties to the above entitled action, by and through their respective attorneys of record, as follows:

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), the parties stipulate that this action shall be dismissed with prejudice as to Defendant Matthew Erickson, <u>only</u>.

//////////

1  In consideration for this dismissal, defendant, Matthew Erickson, agrees to appear
2  voluntarily, without the need to serve him with a subpoena, as a witness at trial in the
3  event this case proceeds to trial.
4  Each side shall bear its own costs.
5  **IT IS SO STIPULATED**.
6  DATED: June 3, 2010                    PORTER / SCOTT

9                                         By:   /s/ TERENCE J. CASSIDY
10                                              TERRENCE J. CASSIDY
                                                Attorney for Defendants

12
13 DATED: June 3, 2010                    WILLIAMSON & KRAUSS

15
16                                        By:  /s/ PETER M. WILLIAMSON
17                                              PETER M. WILLIAMSON
                                                Attorney for Plaintiffs

1
2         **ORDER**
3    PURSUANT TO STIPULATION, IT IS SO ORDERED AS FOLLOWS:
4         Defendant, Matthew Erickson, <u>only</u>, is dismissed from the instant action with
5    prejudice.
6
7
8
9
10
11
12        IT IS SO ORDERED.
13   **Dated:   June 3, 2010**                    /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28