**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF STANISLAUS, DEPUTY FRANK ALVES, DEPUTY J. WALSH, SHERIFF DEPUTY JOSHUA HOUTCHENS, PUBLIC WORKS EMPLOYEE STEVE GREEN, SHERIFF ADAM CHRISTIANSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALBERT WELLS and JUDY C. WELLS,<br><br>          Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS; DEPUTY FRANK ALVES; DEPUTY J. WALSH; CITY OF WATERFORD; SHERIFF DEPUTY JOSHUA HOUTCHENS; PUBLIC WORKS EMPLOYEE STEVE GREEN; MATTHEW ERICKSON PUBLIC WORKS DIRECTOR FOR THE CITY OF WATERFORD; SHERIFF ADAM CHRISTIANSON;TASER INTERNATIONAL; ROB JACKSON CHIEF OF POLICE SERVICES; and Does 1 through 25, inclusive.<br><br>          Defendants.<br>_____/ | Case No. 1:08-CV-01146-OWW-GSA<br><br>**STIPULATION and ORDER FOR DISMISSAL** |

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs JAMES ALBERT WELLS and JUDY C. WELLS, and Defendants COUNTY OF STANISLAUS, DEPUTY FRANK ALVES, DEPUTY J. WALSH, SHERIFF DEPUTY JOSHUA HOUTCHENS, PUBLIC WORKS EMPLOYEE STEVE GREEN, and SHERIFF ADAM CHRISTIANSON, by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) this matter be dismissed with prejudice as to Defendants

1

**Stipulation and Order for Dismissal**

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00800812.WPD

Deputy Frank Alves, Deputy J. Walsh, Sheriff Deputy Joshua Houtchens, Public Works Employee Steve Green, and Sheriff Adam Christianson, each party to bear its own attorney fees and costs.

Respectfully submitted,

Dated: July 12, 2010                WILLIAMSON & KRAUSS

By     /s/ Peter M. Williamson*
Peter M. Williamson
Attorney for Plaintiffs
JAMES ALBERT WELLS and
JUDY WELLS
*As authorized July 1, 2010.

Dated: July 12, 2010                PORTER SCOTT
                                    A PROFESSIONAL CORPORATION

By     /s/ Terence J. Cassidy
Terence J. Cassidy
Kristina M. Hall
Attorney for Defendants
COUNTY OF STANISLAUS, DEPUTY FRANK ALVES, DEPUTY J. WALSH, SHERIFF DEPUTY JOSHUA HOUTCHENS, PUBLIC WORKS EMPLOYEE STEVE GREEN, SHERIFF ADAM CHRISTIANSON

IT IS SO ORDERED.

Dated:   July 12, 2010          /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE