**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF STANISLAUS, DEPUTY FRANK ALVES, DEPUTY J. WALSH, SHERIFF DEPUTY JOSHUA HOUTCHENS, PUBLIC WORKS EMPLOYEE STEVE GREEN, SHERIFF ADAM CHRISTIANSON

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALBERT WELLS and JUDY C. WELLS,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS; DEPUTY FRANK ALVES; DEPUTY J. WALSH; CITY OF WATERFORD; SHERIFF DEPUTY JOSHUA HOUTCHENS; PUBLIC WORKS EMPLOYEE STEVE GREEN; MATTHEW ERICKSON PUBLIC WORKS DIRECTOR FOR THE CITY OF WATERFORD; SHERIFF ADAM CHRISTIANSON; TASER INTERNATIONAL; ROB JACKSON CHIEF OF POLICE SERVICES; and Does 1 through 25, inclusive.<br><br>    Defendants.<br>_____/ | Case No. 1:08-CV-01146-OWW-GSA<br><br>**STIPULATION and<br>ORDER FOR DISMISSAL** |

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs JAMES ALBERT WELLS and JUDY C. WELLS, and Defendants COUNTY OF STANISLAUS, DEPUTY FRANK ALVES, DEPUTY J. WALSH, SHERIFF DEPUTY JOSHUA HOUTCHENS, PUBLIC WORKS EMPLOYEE STEVE GREEN, and SHERIFF ADAM CHRISTIANSON, by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) this matter be dismissed with prejudice as to Defendant

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
**Stipulation and Order for Dismissal**
00800834.WPD

County of Stanislaus, each party to bear its own attorney fees and costs. Inasmuch as all claims against all parties have now been dismissed, the matter is hereby closed.

                                                Respectfully submitted,

Dated: July 19, 2010                   WILLIAMSON & KRAUSS

                                        By   /s/ Peter M. Williamson*
                                               Peter M. Williamson
                                               Attorney for Plaintiffs
                                               JAMES ALBERT WELLS and
                                               JUDY WELLS
                                               *As authorized on 7/1/10.

Dated: July 19, 2010                   PORTER SCOTT
                                             A PROFESSIONAL CORPORATION

                                          By   /s/ Terence J. Cassidy
                                               Terence J. Cassidy
                                               Kristina M. Hall
                                               Attorney for Defendants
                                               COUNTY OF STANISLAUS, DEPUTY FRANK ALVES, DEPUTY J. WALSH, SHERIFF DEPUTY JOSHUA HOUTCHENS, PUBLIC WORKS EMPLOYEE STEVE GREEN, SHERIFF ADAM CHRISTIANSON

IT IS SO ORDERED.

        Dated:   July 20, 2010               /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com